# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SEATTLE PACIFIC INDUSTRIES, INC,

    Plaintiff,

v.

THE SOURCE GROUP LLC, et al.,

    Defendants.

C18-397 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by June 20, 2018, why this action should not be dismissed for failing to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement signed on April 2, 2018, docket no. 5. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of June, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1